UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Alison Petri, | Case No. 23-cv-3572 |
| Plaintiff, | |
| v. | **Placeholder for Exhibits C and D to Plaintiff's Complaint** |
| Delta Air Lines, Inc. and Abigail Louise Trebnick-Emerson, | |
| Defendants. | |

---

This document is a Placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

> Non-Graphical/Textual Computer File (audio, video, etc.) on CD or other media: <u>Thumb Drive containing Exhibits C and D to Plaintiff's Complaint</u>

File this Placeholder in ECF in place of the item filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).